UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===============================================

ANDRE GARFIELD,

                              Petitioner,

                                                    ORDER
          v.                                        0-2-CV-498A

SUPERINTENDENT J. McCOY,

                              Respondent.

===============================================

On July 12, 2002, petitioner Andre Garfield filed the instant petition for a

writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 3, 2002, the parties

filed a consent to proceed before a United States Magistrate Judge.  On March 23,

2006, United States Magistrate Judge Victor E. Bianchini filed a Decision and Order

denying petitioner's § 2254 petition.  Judgment was entered in favor of the respondent

on March 24, 2006.  On April 4, 2006, petitioner filed a notice of appeal with the Second

Circuit Court of Appeals.  On April 6, 2006, defendant filed objections with this Court to

Magistrate Judge Bianchini's Decision and Order.

Petitioner's objections to Magistrate Judge Bianchini's dismissal of his

habeas corpus petition must be dismissed as this Court lacked jurisdiction to hear such

an appeal.  Pursuant to 28 U.S.C. § 636(c)(3), petitioner's appeal lies directly with the

Second Circuit Court of Appeals and not with this Court.  Accordingly, petitioner's

objections are dismissed.

IT IS SO ORDERED.

_/s/ Richard J. Arcara_

HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: May 25, 2006